CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2010 OCT 28 AM 11: 57
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
*Dallas Division*

In re Authorized Investigative Demand to Vitas Healthcare Corporation

Plaintiff

v.

**3.- 10MC-133-K**

Civil Action No.

Defendant

### CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(3)(D), and LR 81.2,

Vitas Healthcare Corporation

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*\*Please separate names with a comma. Only text visible within box will print.*

Chemed Corporation

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*\*Please separate names with a comma. Only text visible within box will print.*

Chemed Corporation, Vitas Healthcare Corporation, Vitas Healthcare Corporation of Texas, LP, Hogan Lovells US LLP, United States of America, United States Attorneys for the Northern District of Texas

| | |
|---|---|
| Date: | October 27, 2010 |
| Signature: | s/ D. Gibson Walton |
| Print Name: | D. Gibson Walton |
| Bar Number: | 00000082 |
| Address: | 700 Louisiana Street, Suite 4300 |
| City, State, Zip: | Houston, TX 77002 |
| Telephone: | (713) 632-1400 |
| Fax: | (713) 632-1401 |
| E-Mail: | Gib.Walton@hoganlovells.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons