IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: AUTHORIZED INVESTIGATIVE § | | |
| DEMAND TO VITAS HEALTHCARE § | | |
| CORPORATION § | | 3:10-MC-133-K |
| § | | |
| Movant. § | | |

## ORDER OF REFERENCE

Before the Court is Movant's Motion to Quash and Authorized Investigative Demand and Brief in Support Thereof, filed on October 28, 2010.  Under authority of 28 U.S.C. § 636(b), this case is hereby **REFERRED** to United States Magistrate Judge Renee Harris Toliver for hearing, if necessary, and determination.

**SO ORDERED.**

Signed November 1st, 2010.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE

1